THOMAS A. MARINO
United States Attorney
G. MICHAEL THIEL
Assistant U.S. Attorney
311 Wm. J. Nealon Federal Building
Washington & Linden
Scranton, PA  18503
Phone:  (570)348-2800

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR-00-0270-01 |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | SATISFACTION OF JUDGMENT |
| | ) | (Caldwell, J.) |
| | ) | |
| RAFAEL FERMIN, | ) | |
| Defendant. | ) | |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

        Full satisfaction is hereby acknowledged of that

certain judgment entered on June 25, 2001, in favor of the United

States of America, against the above-named defendant.  The Clerk

is hereby authorized and directed to enter full satisfaction of

record in this action.

DATED:  February 7, 2007

                                THOMAS A. MARINO
                                United States Attorney

                                /s G. MICHAEL THIEL
                                G. MICHAEL THIEL
                                Assistant U.S. Attorney

                                KAREN M. MUSLOSKI
                                Paralegal Specialist